UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                        :

UNITED STATES OF AMERICA,         :       23cr673-1 (DLC)
                        :

       -v-                :         ORDER
                        :

JYSHUN TROWER,               :
                        :

             Defendant.    :
                        :

-------------------------------------------X

DENISE COTE, District Judge:

As set forth on the record at the conference held on May 23, 2024, it is hereby

ORDERED that Federal Defender Michael Arthus is relieved as counsel in this matter and C.J.A. counsel Lance Clarke is appointed to represent the defendant.

Dated:    New York, New York
         May 23, 2024

                             _____
                                 DENISE COTE
                    United States District Judge